**ENTREPRENEUR MEDIA, INC., a California corporation, Plaintiff-Appellee,**

v.

**D. NICOLE ENTERPRISES, LLC, Defendant,**

and

**Dushawn Thomas, an individual, Defendant-Appellant.**

No. 14-55473

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 30, 2017

Mark Finkelstein, Jones Day, Irvine, CA, for Plaintiff-Appellee

Dushawn Thomas, Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

DuShawn Thomas appeals pro se from the district court's judgment granting plaintiff Entrepreneur Media, Inc.'s motion for voluntary dismissal of Thomas under Fed. R. Civ. P. 41(a)(2) from its trademark infringement action. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion. *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). We affirm.

The district court did not abuse its discretion by granting Entrepreneur Media, Inc.'s motion for voluntary dismissal because Thomas failed to identify any "plain legal prejudice" that she suffered as a result of the dismissal. *See id.* (factors for evaluating motion for voluntary dismissal).

Because we affirm on the basis of plaintiff's motion for voluntary dismissal of Thomas, we do not consider Thomas' contentions concerning the merits of her counterclaims.

We reject as without merit Thomas' contentions that the motion was granted based on Entrepreneur Media, Inc.'s lack of candor.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.